# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2160

_____

| | | |
|---|---|---|
| Anthony P. Lane, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| State of Arkansas; City of Hot Springs, | * | Western District of Arkansas. |
| Arkansas; Hot Springs Police | * | |
| Department; Garland County Sheriff's | * | [UNPUBLISHED] |
| Office; Fountain Motel, at 1622 | * | |
| Central Avenue, Hot Springs, AR | * | |
| 71901; Garland County Detention | * | |
| Center, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 7, 2004
Filed: December 10, 2004

_____

Before MORRIS SHEPPARD ARNOLD, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Anthony Lane appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action and moves to proceed in forma pauperis (IFP) on appeal. We grant Lane leave to proceed IFP, and after careful de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review), we conclude dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B. Because there is no indication that Lane was incarcerated at the time of bringing this action, however, the dismissal does not constitute a "strike" under 28 U.S.C. § 1915(g), and we modify the judgment accordingly. See 28 U.S.C. § 2106. We also deny Lane's pending motions.

———————————————————

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas.